IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN HICKS                                                              PETITIONER
ADC #138964

v.                                    4:20CV01466-JM-JJV

DEXTER PAYNE, Director                                                   RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

Dated this 3rd day of March 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1